IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Eric D. Blanding,<br><br>　　　　*Plaintiff,*<br><br>　v.<br><br>Walmart, Inc. d/b/a Walmart Marketplace and Walmart.com, et al,<br><br>　　　　*Defendants.* | CIVIL ACTION<br>NO. 23-5142 |

# ORDER

**AND NOW**, this 20th day of March 2025, upon consideration of Walmart Inc.'s Motion to Dismiss Plaintiff's Fourth Amended Complaint for Failure to State a Claim (ECF No. 77), and UBesGoo, Ltd.'s Motion to Dismiss Plaintiff's Fourth Amended Complaint for Lack of Personal Jurisdiction and/or Failure to State a Claim (ECF No. 78), it is **ORDERED** that UBesGoo's Motion is **GRANTED** and Walmart's Motion is **GRANTED in part** and **DENIED in part**:

1. All claims against UBesGoo are **DISMISSED without prejudice**;

2. The claims against Walmart in Counts 2, 3, 5 and 6 are **DISMISSED with prejudice**. The claim for strict liability in Count 1 and the claim for breach of the implied warrant of merchantability in Count 4 may proceed to discovery.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　　　　　　Gerald J. Pappert, J.